THE STATE EX REL. GERACI, APPELLANT, *v.* NEUBERT, ADMR.;
INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Geraci v. Neubert* (1998), 83 Ohio St.3d 128.]

(No. 96–2360—Submitted July 8, 1998—Decided September 16, 1998.)

---

*Geraci & LaPerna Co., L.P.A.,* and *Rudolph J. Geraci,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steve P. Dlott,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

ALICE ROBIE RESNICK, J., **dissenting.** I would reverse the judgment of the court of appeals and grant relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.